# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CELESTE TEJADA-OTERO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TRACY, et al., <br><br> Defendants. | No. 2:21-cv-01190-MCE-CKD <br><br><br> **ORDER** |

On December 29, 2022, this Court issued the following Minute Order:

> The Court's review of this action reveals no indication the defendants have been served with the Complaint, as required by the Initial Pretrial Scheduling Order. Federal Rule of Civil Procedure 4(m) authorizes the court to dismiss an action where service has not been effectuated within those time parameters. Plaintiffs are thus ordered to show cause why this action should not be dismissed for failure to prosecute or to comply with the applicable rules. See Fed. R. Civ. P. 41(b). Plaintiffs' counsel is directed to file a response, in writing, not later than 1/13/2023. Failure to file a response will result in dismissal of this action, with prejudice and without further notice.

ECF No. 5.

///

///

///

1

To date, no response has been received.  Accordingly, this action is hereby DISMISSED with prejudice for failure to comply with the applicable rules and orders of this Court.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: February 1, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE